AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**— OFFENSE CHARGED —**

Count 1: 21 U.S.C. §§ 846, 841(a)(1) -- Conspiracy to Distribute, and Possess with the Intent to Distribute, Methamphetamine;
Count 2: 21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 -- Aiding and Abetting;
21 U.S.C. § 853 -- Criminal Forfeiture

PENALTY: See attached page

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2011 MAY 24 P 1:02
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT
▶ WILLIAM MONTE DAVIS

DISTRICT COURT NUMBER
CR 11 0337 MMC

**— PROCEEDING —**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    CHINHAYI COLEMAN CADET

**— DEFENDANT —**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes" give date
been filed?   ☐ No       filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

United States v. William Monte Davis

**Count 1:** 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute, and Possess with the Intent to Distribute, Methamphetamine

Mandatory minimum 10 years imprisonment
Maximum life imprisonment
Mandatory minimum 5 year supervised release term
Maximum lifetime supervised release term
$ 4,000,000 fine
$100 special assessment

**Count 2:** 21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Methamphetamine

Mandatory minimum 10 years imprisonment
Maximum life imprisonment
Mandatory minimum 5 year supervised release term
Maximum lifetime supervised release term
$ 4,000,000 fine
$100 special assessment

**21 U.S.C. § 853 - Criminal Forfeiture Allegation**

UNDERSEAL

CR 11 0337 MMC

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2011 MAY 24 P 1:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

WILLIAM MONTE DAVIS



CR 11 0337 MMC

DEFENDANT(S).

## INDICTMENT

COUNT ONE: 21 U.S.C. §§ 846, 841(a)(1) -- Conspiracy to Distribute, and Possess with the Intent to Distribute, Methamphetamine; COUNT TWO: 21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 -- Aiding and Abetting;
21 U.S.C. § 853 -- Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this _24th_ day of

May 2011

BETTY P. LEE
Clerk

Jacqueline Scott Corley, US Magistrate Judge

Bail, $ _No bail_

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,           ) CR 11 0337
12                                     )
          Plaintiff,                   )
13                                     ) VIOLATIONS:
                                       ) 21 U.S.C. §§ 846, 841(b)(1)(A)(viii) –
      v.                               ) Conspiracy to Distribute, and Possess with
14                                     ) Intent to Distribute, Methamphetamine;
   WILLIAM MONTE DAVIS,                ) 21 U.S.C. § 841(a)(1) – Possession with Intent
15                                     ) to Distribute Methamphetamine; 18 U.S.C.
          Defendant.                   ) § 2 – Aiding and Abetting
16                                     )
                                       ) 21 U.S.C. § 853 - Criminal Forfeiture
17 _____ ) Allegation

18                       INDICTMENT
19
   The Grand Jury charges:
20
   COUNT ONE:     (21 U.S.C. §§ 846, 841(b)(1)(A)(viii) – Conspiracy to Distribute, and
21                Possess with Intent to Distribute, Methamphetamine)

22
        Beginning at a time unknown and continuing up to and including February 21, 2011, in the
23
   Northern District of California, the defendant,
24
                            WILLIAM MONTE DAVIS,
25
   and others, known and unknown to the Grand Jury, knowingly and intentionally conspired to
26
   distribute, and possess with intent to distribute, fifty grams or more of actual methamphetamine,
27
   a Schedule II controlled substance, in violation of Title 21, United States Code, Sections
28
   841(a)(1) and 841(b)(1)(A)(viii). All in violation of Title 21, United States Code, Section 846.

   INDICTMENT

COUNT TWO: (21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine)

On or about February 21, 2011, in the Northern District of California, the defendant,

WILLIAM MONTE DAVIS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely fifty grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:

1.  The factual allegations contained in Counts One and Two of this Indictment are re-alleged and fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (a)(2).

2.  Upon conviction of any of the offenses alleged in Counts One and Two of this Indictment, the defendant,

WILLIAM MONTE DAVIS,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations.

3.  If, as a result of any act or omission of the defendant, any of said property
    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to or deposited with, a third person;
    c.  has been placed in the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property (not to exceed the value of the above

INDICTMENT

1 | forfeitable property) shall be vested in the United States and forfeited to the United States.
2 | · All in violation of Title 21, United States Code, Section 853(a)(1), (a)(2), (p) and Rule
3 | 32.2 of the Federal Rules of Criminal Procedure.
4 |
5 | DATED: May 24, 2011                    A TRUE BILL.
6 |
7 |                                         /s/ Julia T. Uhmi
8 |                                         FOREPERSON
   | MELINDA HAAG
9 | United States Attorney
10|
11| MIRANDA KANE
   | Chief, Criminal Division
12|
13| (Approved as to form: /s/ Chinhayi Cadet )
   |                       AUSA CHINHAYI CADET
14|
...
28|

INDICTMENT