```
JAI M. GOHEL, CA SBN 170782
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
WILLIAM MONTE DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>WILLIAM MONTE DAVIS,<br><br>　　　　　Defendants.<br>_____ | Case No.:  CR 11-0337 MMC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER** |

　　　Defendant WILLIAM MONTE DAVIS respectfully gives notice and requests that his attorney of record, Jai M. Gohel, be substituted, and that the following attorney be his new attorney of record:

```
            RANDY SUE POLLOCK, CA SBN 64493
            2831 Telegraph Ave
            Oakland, California 94609
            Telephone: (510) 763-9967
            Facsimile:   (510) 272-0711
            pollockesq@aol.com
```

**SUBSTITUTION OF ATTORNEYS**　　　　　1-

1
2   DATED: June 8, 2011
3
4
5                                                          ___/s/ William Monte Davis_____
                                                           WILLIAM MONTE DAVIS
6                                                          Defendant
7   DATED: June 8, 2011
8
9
                                                           ____/s/ Jai M. Gohel_____
10                                                         JAI M. GOHEL
11
12  DATED: June 8, 2011
13
14
                                                           _____/s/ Randy Sue Pollock_____
15                                                         RANDY SUE POLLOCK
16
17  IT IS SO ORDERED
18  DATED:__June 9, 2011_____
19
20
                                                           _____
21                                                         Hon. MAXINE CHESNEY
                                                           U.S. District Court Judge
22
23
24
25

**SUBSTITUTION OF ATTORNEYS**            2-