RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
WILLIAM MONTE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>WILLIAM MONTE DAVIS<br><br>　　　　Defendant.<br>_____ / | CR. 11-0337-MMC<br>**ORDER RE:**<br>**STIPULATION TO CONTINUE**<br>**STATUS CONFERENCE** |

　　　Defendant WILLIAM MONTE DAVIS, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Chinhayi Coleman Cadet, hereby stipulate and agree that the status conference presently set for Wednesday, July 6, 2011, be continued to September 7, 2011.

　　　Because of her time commitments in the ongoing trial in *United States vs. Cerna*, et al., CR. 08-730-WHA, defense counsel requests additional time to research certain matters.

1   The time period from July 6, 2011 to September 7, 2011 would be deemed
2   excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3   served by granting a continuance outweigh the best interests of the public and of the
4   defendant in a speedy trial.

Date:   July 6, 2011                                    /s/
                                                  RANDY SUE POLLOCK
                                                  Counsel for Defendant
                                                  WILLIAM MONTE DAVIS

Dated:  July 6, 2011                                    /s/
                                                  CHINHAYI COLEMAN CADET
                                                  Assistant United States Attorney

## [PROPOSED] ORDER

In accordance with the above stipulation, it is hereby ordered that the status hearing set for July 6, 2011 is continued to September 7, 2011 at 2:30 p.m. The period from July 6, 2011 to September 7, 2011 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED:   July 6, 2011              _____
                                         MAXINE M. CHESNEY
                                         United States District Court Judge