BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 11-0337 MMC |
| Plaintiff,       ) | |
| v.       ) | STIPULATION and [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| WILLIAM DAVIS,       ) | |
| Defendant.       ) | Date: September 7, 2011 |
|        ) | Time: 2:30 p.m. |
|        ) | Court: The Honorable Maxine M. Chesney |

Undersigned counsel stipulate as follows:

1. A status conference is currently scheduled in this matter on September 7, 2011 at 2:30 p.m;

2. Undersigned counsel from the Federal Public Defender only recently became counsel of record on the aforementioned case, as retained counsel Randy Sue Pollack was relieved on August 25, 2011. Defense counsel needs additional time to come up to speed on the case, review discovery and meet with her client regarding a proposed disposition;

3. Undersigned government counsel has no objection to defense counsel's request for additional time;

4. The parties jointly request October 5, 2011 as the next date before the Court, as defense counsel will be in trial before Judge Seeborg from

        September 13-September 20 and will be unavailable to attend to this case during that week;

5. The parties jointly request that the Court exclude the period of time between September 7, 2011 and October 5, 2011 under the Speedy Trial Act for effective preparation of counsel and continuity of counsel; namely, defense counsel needs more time to analyze and review the discovery in the case having only recently been appointed. Further, defense counsel is unavailable to attend to this case for a week during the excluded period, namely September 13-September 20, which provides an alternate basis to exclude time. *See* 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

IT IS SO STIPULATED.

DATED: September 6, 2011 _____/S/_____

                                          ELIZABETH M. FALK
                                          Assistant Federal Public Defender

DATED: September 6, 2011 _____/S/_____

                                          CHINHAYI CADET
                                          Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

## [PROPOSED] ORDER

    GOOD CAUSE APPEARING, it is hereby ORDERED that the status conference, previously scheduled for September 7, 2011 at 2:30 p.m., is hereby CONTINUED to October 5, 2011 at 2:30 p.m.. The Court further orders and finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and the reasons stated in this stipulation, that the failure to grant the requested continuance would deny defense counsel the reasonable time

1  necessary for effective preparation of a defense.  Accordingly, the Court will exclude the
2  time period of September 7, 2011 through October 5, 2011 from the Speedy Trial
3  calculation, and finds that the ends of justice served by granting the requested four week
4  continuance outweighs the best interest in the defendant and the public in a speedy trial.
5  18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

7  IT IS SO ORDERED.

9  DATED:__Sep. 6, 2011_____    _____
10                              THE HONORABLE MAXINE M. CHESNEY
                                UNITED STATES DISTRICT JUDGE