1   Law Offices of
GEORGE C. BOISSEAU
2   State Bar Number 75872
740 4th Street
3   Second Floor
Santa Rosa, California 95404
4   Phone: (707) 578-5636
Fax: (707) 578-1141
5   E-Mail: boisseaugc@msn.com

6   Attorney for Defendant
WILLIAM MONTE DAVIS
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )      CR-11-0337-MMC
                                      )
12              Plaintiff,            )      STIPULATION AND [~~PROPOSED~~]
                                      )      ORDER CONTINUING HEARING
13   v.                               )
                                      )
14   WILLIAM MONTE DAVIS,             )
                                      )
15              Defendant.            )
     _____)

16                    STIPULATION

17          Counsel for Defendant WILLIAM MONTE DAVIS, George C. Boisseau, is presently

18   unavailable to consult with the defendant because defense counsel is engaged in a jury trial in

19   the Sonoma County Superior Court.  Accordingly, Defendant WILLIAM MONTE DAVIS and

20   the government, through undersigned counsel, stipulate that there is good cause to continue the

21   hearing presently scheduled for status/setting from February 15, 2012 at 2:30 p.m. to February

22   29, 2012 at 2:30 p.m., before the Honorable Maxine M. Chesney.

23          The parties further stipulate and request that the period from February 15, 2012 up to

24   and including February 29, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C.

25   ///

26   ///

27   ///

28   ///

     ///

                                         1

1    §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant continuity of counsel and

2    effective preparation of counsel.

3            IT IS SO STIPULATED.

4

5    Dated: February 13, 2012                                    /s/
                                                         GEORGE C. BOISSEAU
6                                                        Attorney for Defendant William Monte Davis

7

8    Dated: February 13, 2012                                    /s/
                                                         CHINHAYI COLEMAN CADET
9                                                        Assistant United States Attorney

10
                                              ORDER
11
            1.      GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled
12
     for status/setting be continued from February 15, 2012 at 2:30 p.m. until February 29, 2012 at
13   2:15
     2:30 p.m., before the Hon. Maxine M. Chesney.
14
            2.      Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from February
15
     15, 2012 up to and including February 29, 2012 for continuity of counsel and effective
16
     preparation of counsel for Defendant William Monte Davis.  Failure to grant the requested
17
     continuance would unreasonably deny the defendant continuity of counsel, and would deny
18
     defense counsel the time necessary for effective preparation, taking into account the exercise of
19
     due diligence.
20
            3.      Given these circumstances, the Court finds that the ends of justice served by
21
     excluding the period from February 15, 2012 up to and including February 29, 2012 outweigh
22
     the best interest of the public and Defendant William Monte Davis a speedy trial.  19 U.S.C. §
23
     3161(h)(7)(A).
24
            4.      Accordingly, the Court orders that the period from February 15, 2012 up to and
25
     including February 29, 2012  be excluded from the Speedy Trial Act calculations as to
26
     Defendant William Monte Davis under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).
27
            IT IS SO ORDERED.
28
     Dated:  Feb. 14, 2012


                                                         HON. MAXINE M. CHESNEY
                                                         United States District Judge


                                              2