Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
WILLIAM MONTE DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM MONTE DAVIS,<br><br>　　　　Defendant. | CR-11-0337-MMC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING |

## STIPULATION

    Counsel for Defendant WILLIAM MONTE DAVIS, George C. Boisseau, is presently reviewing information relevant to the application of a Fed.R.Crim.P. 17(c) subpoena for the personnel records of a state law enforcement officer.  Unrelated to this application, the undersigned has requested additional information from the government regarding the defendant's criminal history.  Accordingly, Defendant WILLIAM MONTE DAVIS and the government, through undersigned counsel, stipulate that there is good cause to continue the hearing presently scheduled for status/setting from April 11, 2012 to May 2, 2012 at 2:15 p.m., before the Honorable Maxine M. Chesney.

    The parties further stipulate and request that the period from April 11, 2012 up to and including May 2, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant continuity of counsel and

1

effective preparation of counsel.

IT IS SO STIPULATED.

Dated: April 9, 2012

/s/
GEORGE C. BOISSEAU
Attorney for Defendant William Monte Davis

Dated: April 9, 2012

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

ORDER

1. GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled for status/setting be continued from April 11, 2012 until May 2, 2012 at 2:15 p.m., before the Hon. Maxine M. Chesney.

2. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from April 11, 2012 until May 2, 2012 for continuity of counsel and effective preparation of counsel for Defendant William Monte Davis. Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, and would deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 11, 2012 until May 2, 2012 outweigh the best interest of the public and Defendant William Monte Davis a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, the Court orders that the period from April 11, 2012 up until and including May 2, 2012 be excluded from the Speedy Trial Act calculations as to Defendant William Monte Davis under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: April 10, 2012

HON. MAXINE M. CHESNEY
United States District Judge