1  JAMES PHILLIP VAUGHNS, CSBN 124040
   Law Offices of James P. Vaughns
2  6114 LaSalle Avenue, Suite 289
   Oakland, California  94611
3  Telephone:    510-583-9622
   Fax:          510-886-7218
4  Email:        vaughnslaw@aol.com

5  Counsel for Defendant
   William Monte DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0337 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | HEARING |
| WILLIAM MONTE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties respectfully submit this Stipulation and Proposed Order to request a continuance of the Status Hearing in the above-referenced matter.

1. On June 4, 2012, the undersigned counsel for defendant DAVIS, James P. Vaughns, was substituted in for previous counsel, George Boisseau.

2. It is the parties' belief that the interests of justice and judicial economy will best be served by continuing the Status Hearing in this matter until Mr. Vaughns obtains the client file from Mr. Boisseau and familiarizes himself with the discovery provided by the Government. Therefore, the parties request that the status hearing scheduled for June 6, 2012 at 2:15 p.m. be continued to July 11, 2012 at 2:15 p.m.

3. In that regard, the parties further stipulate and agree that the time between June 6, 2012

CR 11-0337 MMC

and July 11, 2012 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) for effective preparation of counsel and for continuity of counsel.

IT IS SO STIPULATED.

DATED: June 5, 2012                                   /s/
                                                     _____
                                                     S. WAQAR HASIB
                                                     Assistant United States Attorney

DATED: June 5, 2012                                   /s/
                                                     _____
                                                     JAMES PHILLIP VAUGHNS.
                                                     Attorney for Defendant DAVIS

IT IS HEREBY ORDERED:

That a Status Hearing in this matter shall be heard on July 11, 2012, at ~~2:30~~ 2:15 p.m. The time between June 6, 2012 and July 11, 2012 is hereby excluded under the Speedy Trial Act for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

DATED: June __5__, 2012

                                                     _____
                                                     HON. MAXINE M. CHESNEY
                                                     United States District Judge

CR 11-0337 MMC                                2