JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for William DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 11-0337 MMC |
| ) | |
| Plaintiff, ) | **ORDER DENYING STIPULATION** ~~AND PROPOSED ORDER CONTINUING STATUS~~ **TO CONTINUE HEARING DATE** |
| vs. ) | |
| WILLIAM MONTE DAVIS, ) | |
| Defendant. ) | |

**STIPULATION**

The parties stipulate as follows:

1. Counsel for Mr. Davis and the Government have been engaged in settlement discussions as part of the Settlement Conference proceedings before Magistrate Judge James.

2. While the case has not settled to date, there is a further Settlement Conference is scheduled for December 4, 2012.

3. Counsel for the Government has no objection to this matter being continued one week to December 5, 2012 at 2:15 p.m. for either a change of plea or trial setting.

3. The parties further stipulate and agree that the time between November 28, 2012 and December 5, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel, so that defense counsel may have additional time to further investigate this matter, further review the discovery, and confer with the defendant.

IT IS SO STIPULATED.

DATED: November 27, 2012

-S-
_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney

DATED: November 27, 2012

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DAVIS

Dated: November 27, 2012

**DENIED***
*Maxine M. Chesney*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Submitted too late to cancel defendant's appearance.

- 2 -