1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

10   UNITED STATES OF AMERICA,    )        NO.: CR 11-0337 MMC
                                  )
11        Plaintiff,              )
                                  )
12        vs.                     )        **ORDER CONTINUING SENTENCING TO**
                                  )        **MARCH 20, 2013**
13   WILLIAM MONTE DAVIS,         )
                                  )
14        Defendant.              )
                                  )
15   _____)

16
17        The Court hereby ORDERS that the sentencing scheduled for February 27, 2013 be
18   vacated and rescheduled for March 20, 2013, at 2:15 p.m.
19
20
21   DATED: February 21, 2013
22                                         Hon. MAXINE C. CHESNEY
                                           United States District Judge
23
24
25
26
27
28